DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 OCTOBER 2013

| 060P13 | Larry Pate Woolard v. Michael D. Robertson, Commissioner N.C. Division of Motor Vehicles | 1. State's Petition for *Writ of Supersedeas* (COA12-384) | 1. Denied |
| | | 2. State's Petition for *Writ of Certiorari* to Review the Decision of the COA (COA12-384) | 2. Denied |
| | | 3. Petitioner's Motion for Extension of Time to File Response for Petition for *Writ of Certiorari* | 3. Allowed **02/12/13** |
| | | 4. Petitioner's Motion for Extension of Time to File A Response to Petition for *Writ of Supersedeas* | 4. Allowed **02/13/13** |
| | | | **Beasley, J., Recused** |
| 076P13 | In the Matter of: A.Y. | 1. Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA12-80) | 1. Denied |
| | | 2. Guardian Ad Litem's Motion to Withdraw and Substitute Attorney | 2. Allowed |
| 089P13 | LaShanda Shaw v. The Goodyear Tire & Rubber Company | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-338) | 1. Denied |
| | | 2. Plt's Motion to Amend PDR | 2. See Special Order **03/07/13** |
| | | | **Beasley, J. Recused** |
| 094PA13-2 | State v. George Victor Stokes | 1. State's Motion for Temporary Stay (COA12-810-2) | 1. Allowed **06/24/13** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 N.C.G.S. § 7A-31 | 3. Allowed |
| 116P13 | Sheila Gregory, Administratrix of the Estate of Travis Bryan Kidd v. Barry Blaine Pearson, in his individual capacity, Sheila Gregory, Administratrix of the Estate of Travis Bryan Kidd v. Cleveland County, Self-McNeilly Solid Waste Management Facility | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA12-742, 12-813) | 1. Allowed |
| | | 2. N.C. Association of Self Insurers' Motion for Leave to File Amicus Brief | 2. Allowed |
| | | 3. N.C. Association of Staffing Professionals' Motion for Leave to File Amicus Brief | 3. Allowed |
| | | 4. N.C. Association of County Commissioners' Motion for Leave to File Amicus Brief | 4. Allowed |
| | | | **Beasley, J. Recused** |